IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**vs.**  **CASE NO. 3:99CR00315-10(DRD)**

**NELSON ROSA-ACEVEDO**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION NOTIFYING VIOLATIONS
OF THE SUPERVISED RELEASE TERM**

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

COMES NOW, Yarixa Vazquez Marcano, U.S. Probation Officer of this Court, presenting an official report on the conduct and attitude of releasee, who on February 9, 2001, was sentenced to forty-eight (48) months of imprisonment to be followed by a four (4) years supervised release term after he plead guilty of violating Title 21, United States Code, Section 846. As special conditions, he was ordered to submit to urinalyses and participate in a substance abuse treatment if such samples detect substance abuse. On November 17, 2003, a motion requesting modification of conditions was granted and the offender was also ordered to participate in substance abuse treatment for alcohol dependency. A special monetary assessment in the amount of $100.00 was also imposed. On April 11, 2003, the offender was released from custody at which time his supervised release term commenced.

**RESPECTFULLY INFORMING THE COURT AS FOLLOWS:**

Since his release from custody the offender had been in compliance with his conditions until he incurred in the following violations.

On February 18, 2005, a call was received from the local police and it was informed that Mr. Rosa-Acevedo had been arrested on February 6, 2005. He has been charged with violating the Puerto Rico domestic violence and weapons laws. Presently, the offender is on bail.

**WHEREFORE**, the aforementioned is provided for informational purposes at this time. The Court will be kept abreast of the final disposition in this case.

In San Juan, Puerto Rico, this 22 day of February 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Yarixa Vazquez-Marcano
Yarixa Vazquez-Marcano
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5920
Fax 787-771-4063
Email:yarixa_vazquez@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 22, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edwin O. Vazquez, Assistant U.S. Attorney and Jorge Rivera, Esq.

At San Juan, Puerto Rico, February 22, 2005.

        s/Yarixa Vazquez-Marcano
        Yarixa Vazquez-Marcano
        U.S. Probation Officer
        Federal Office Bldg. Room 400
        150 Chardon Avenue
        San Juan, P.R. 00918-1741
        Tel. 787-766-5920
        Fax 787-771-4063
        Email:yarixa_vazquez@prp.uscourts.gov